FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 15 2017

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '17 - CV - 00415
(To be supplied by the court)

_Chandra Moffett_____, Plaintiff,

v.

_____,

_____,

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

**COMPLAINT**

My attourney failed to turn in any of my medical records. I have been disabled for like along time I have alot of paperwork concerning my medical ect. my brain got shooken, and

(Rev. 07/06)

It's very hard for me to concentrate my parents are deceased, I have no-one to help me figure this out can you please help me get someone to guide me on what to do

Sincerely

[signature]

## PARTIES

1. Plaintiff **Moffett, Chandra** is a citizen of **United States** who presently resides at the following address: **3880 Van Teylingen Dr, Colorado Springs, CO 80917**

2. Defendant _____ is a citizen of _____ who live(s) at or is/are located at the following address: _____

3. Defendant _____ is a citizen of _____ who live(s) at or is/are located at the following address: _____

(Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:
_____
_____
_____

5. Briefly state the background of your case:

I got a lawyer who failed to give my medical evidence with I will sign this release in order for you to whom it may concern recieve it please tell me what I should do... I have A LOT of medical paperwork, Sincerely, Chandra M

(Rev. 07/06)

2

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

I Chandra Moffett, currently live in a senior housing place. I have no one to help me to fill all this out. I am requesting a apeal. I would hope that you would believe if I could work I would. If I can get someone to help me it would be so appreciated.

Sincerely Chandra Moffit

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

In the mean while I am not recieving a.N.P. do to I have to apeal. I have littarly no money, though I do have food stamps I thank god for that. My P.R. left, now they are trying to take me off my meds and put me on new ones so Im currently seeking help for this prosess.

Sincerely
Chendre Moffit

## THIRD CLAIM FOR RELIEF
### AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

I again can get my medical records to prove my clean break, pinched nerve Scoliasas, brain injury, etc. meanwhile my number is 1-719-964-9729 # 3880 VAN Teylingen dR. #310 Colo. Sp. Colo 80917

Sincerely
Chandra

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

Date: 1-13-17

_____
(Plaintiff's Original Signature)

3880 VanTeylingen
(Street Address)

Colorado Springs CO 80917
(City, State, ZIP)

719-964-9729
(Telephone Number)

Medical Records Request.

## HIPAA COMPLIANT AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

Patient Name: **Chandra Moffett**    Date of Birth: **12-28-69**

Previous Name/s (aka): _____    Social Security Number: **~~XXX~~ 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**

★ **I Authorize:** **Peak Vista / Dr. ~~XXX~~ Natasha C Wolinski**

Name of designated individual, organization, or Provider

Address: **3205 ~~Academy~~ Academy Bv. Cdo. Sp** **Academy Co 80917**

To release my health care information to **QwikCare MD/Comfort Care Family Practice: Please fax to 719-380-0228**

**Information to be Released:**
- [✓] All Medical Records
- [✓] All Medical Billing Records
- [ ] X-Ray and imaging reports

**Dates of Treatment:**
- [✓] All Dates
- [✓] Specific Dates:

★ check two boxes

Other: **United States District Court**

1. I understand that my express consent is required to release any health care information relating to testing/diagnosis, and/or treatment for HIV (AIDS Virus), sexually transmitted diseases, psychiatric disorders/mental health, or drug and/or alcohol use. If I have been tested, diagnosed, or treated for HIV (AIDS Virus), sexually transmitted diseases, psychiatric disorders/mental health, or drug and/or alcohol use, you are specifically authorized to release all health care information relating to such diagnosis, testing or treatment.

2. I understand that authorizing the disclosure of this health information is voluntary and you have my consent to release medical records for all dates including all diagnostic tests of any type and reports, history, hospitalization, diagnosis, prognosis, treatment, medication and pharmacy records, correspondence, consults, statement of charges or expenses. Any and all reports of any type or character.

3. I understand I have the right to revoke this authorization in writing. I understand the revocation will not apply to information that has already been released in response to this authorization. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. To revoke an authorization I may fill out a revocation form available at the facility/Provider or write a letter to the facility/Provider.

4. I understand that once the health information I have authorized to be disclosed reaches the noted recipient, that person or organization may re-disclose it, at which time it may no longer be protected under Privacy laws.

5. I understand that the information authorized for release may include records which may indicate the presence of a communicable or non-communicable disease.

6. I understand I do not have to sign this authorization in order to obtain health care benefits (treatment, payment, or enrollment).

This authorization will expire 90 days from the date signed. A copy or facsimile of this authorization shall be counted true and valid as original.

_____    _____
Signature of Patient or Legal Representative    Date **Nov 10, ~~18~~ 17**