**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-00415-LTB

CHANDRA MOFFETT,

    Plaintiff,

v.

[NO NAMED DEFENDANTS],

    Defendants.
~~Defendants.~~

**JUDGMENT**

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 3, 2017, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 3 day of April, 2017.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/ A. García Gallegos
                Deputy Clerk